UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA K. WALLS and DAVID L. WALLS, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey Corporation; JOHNSON & JOHNSON, a New Jersey corporation; AMERICAN MEDICAL SYSTEMS, INC., a Delaware corporation; DOES ONE through FIFTEEN,<br><br>Defendants. | No. **CV 09-04067 PJH**<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Based on the stipulation of the Parties and for good cause shown, **IT IS HEREBY** |
| 2 | **ORDERED**: |

The Case Management Conference presently set for December 10, 2009 at 2:00 p.m. shall be continued until  January 28, 2010 at 2:00 p.m.    , pending resolution of Defendants' Motion to Transfer, which is scheduled to be heard on December 23, 2009 at 9:00 a.m.  The Parties will be prepared to discuss alternative agreeable dates for the case management conference, if necessary, at the hearing on Defendants' Motion.  Pursuant to stipulation and for good cause shown, **IT IS SO ORDERED**.

Dated: 11/23/09

BY THE COURT

_____
Honorable Phyllis J. Hamilton
United States District Judge
U.S. District Court, Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

SF01/ 662442.1

- 2 -

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE     CASE NO. **CV 09-04067 PJH**